```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
EDWARD D. PORTER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. PORTER, an individual, | Case No.:  3:12-cv-04984-SC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| WELLS FARGO BANK, N.A. and DOES 1 through 20, inclusive, | |
| Debtors. | |

   Having considered the Stipulation of Dismissal filed with this Court on November 5, 2012, and finding good cause therefore,

///

///

///

ORDER DISMISSING ACTION

1  IT IS HEREBY ORDERED that this case be dismissed.
2  DATED:
3
4                              _____
                                  UNITED STATES DISTRICT COURT JUDGE
5
6
                              ***END OF ORDER***
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER DISMISSING ACTION